NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEL HUTCHINSON,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, RUSHMORE LOAN MANAGEMENT, AND WELLS FARGO HOME MORTGAGE,<br><br>                    Defendants. | Case No.: 2:19-cv-01885-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendant Rushmore Loan Management Services, LLC (**Rushmore**) and Plaintiff Mel Hutchinson (**Plaintiff**), by and through its undersigned counsel of record, hereby stipulate and agree that Rushmore shall have an additional twenty (20) days, up to and including **January 6, 2020**, to respond to Plaintiff's Complaint. Rushmore's response is currently due on December 17, 2019.

…

…

…

…

…

…

…

51165997;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

| DATED this 17th day of December 2019. | DATED this 17th day of December 2019. |
|---|---|
| **AKERMAN LLP** | |
| */s/ William S. Habdas* | */s/ Matthew I. Knepper* |
| NATALIE L. WINSLOW, ESQ. | MATTHEW I. KNEPPER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 12796 |
| WILLIAM S. HABDAS, ESQ. | MILES N. CLARK, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 13848 |
| 1635 Village Center Circle, Suite 200 | 5510 South Fort Apache Road, Suite 30 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for Rushmore Loan Management Services, LLC* | DAVID H. KRIEGER, ESQ. |
| | Nevada Bar No. 9086 |
| | HAINES & KRIEGER LLC |
| | 8985 South Eastern Avenue, Suite 350 |
| | Henderson, Nevada 89123 |
| | *Attorneys for Mel Hutchinson* |

## **ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:19-cv-01885-JCM-EJY

DATED: December 18, 2019

2

51165997;1