Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEL HUTCHINSON, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, RUSHMORE LOAN MANAGEMENT, AND WELLS FARGO HOME MORTGAGE, <br><br> Defendants. | CASE NO.: 2:19-cv-01885-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

THIS STIPULATION is entered into by and between Mel Hutchinson ("Plaintiff") and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage ("Wells Fargo") (collectively, the "Parties"), by and through their respective undersigned counsel, based on the following:

WHEREAS, on October 24, 2019, Plaintiff filed his *Complaint for Damages Pursuant to the Fair Credit Report Act, 15 U.S.C. § 1681, et seq. and Nevada State Law* [ECF No. 1] (the "Complaint");

WHEREAS, Wells Fargo's original deadline to respond to the Complaint was November 21, 2019;

4843-6770-4239

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, the Parties agreed to an extension for Wells Fargo to respond to the Complaint until December 23, 2019;

WHEREAS, the Parties have agreed to an additional extension for Wells Fargo to respond to the Complaint to allow the Parties to explore early resolution options.

NOW, THEREFORE, subject to Court approval, the Parties agree that Wells Fargo shall have until **January 6, 2020** to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 20th day of December 2019.

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee
Kelly H. Dove (NV Bar No. 10596)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252
*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage*

DATED this 20th day of December 2019.

KNEPPER & CLARK LLC

/s/ Matthew I. Knepper (used with permission)
Matthew I. Knepper (NV Bar No. 12796)
Miles N. Clark (NV Bar No. 13848)
5510 South Fort Apache Road, Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 447-8048

David H. Krieger (NV Bar No. 9086)
8985 South Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff Mel Hutchinson*

## **ORDER**

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

/ / /

/ / /

4843-6770-4239

2

**IT IS HEREBY ORDERED** that Wells Fargo shall have until January 6, 2020 to respond to Plaintiff's Complaint.

DATED December 26, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage*

4843-6770-4239