NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  natalie.winslow@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEL HUTCHINSON,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, RUSHMORE LOAN MANAGEMENT, AND WELLS FARGO HOME MORTGAGE,<br><br>                    Defendants. | Case No.: 2:19-cv-01885-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Rushmore Loan Management Services, LLC (**Rushmore**) and Plaintiff Mel Hutchinson (**Plaintiff**), by and through its undersigned counsel of record, hereby stipulate and agree that Rushmore shall have an additional thirty (30) days, up to and including **February 5, 2020**, to respond to Plaintiff's Complaint.  Rushmore's response is currently due on January 6, 2020.

…

…

…

…

…

…

…

51298115;1

*Sidebar (vertical text):* **AKERMAN LLP** — 1635 VILLAGE CENTER CIRCLE, SUITE 200 — LAS VEGAS, NEVADA 89134 — TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties believe they are reaching very likely resolution through settlement. This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 6th day of January 2020.

**AKERMAN LLP**

/s/ *William S. Habdas*
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Rushmore Loan Management Services, LLC*

DATED this 6th day of January 2020.

/s/ *Matthew I. Knepper*
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
5510 South Fort Apache Road, Suite 30
Las Vegas, Nevada 89148

DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
HAINES & KRIEGER LLC
8985 South Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Mel Hutchinson*

## ORDER

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
Case No. 2:19-cv-01885-JCM-EJY

DATED: January 7, 2020

51298115;1