Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEL HUTCHINSON, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, RUSHMORE LOAN MANAGEMENT, AND WELLS FARGO HOME MORTGAGE, <br><br> Defendants. | CASE NO.: 2:19-cv-01885-JCM-EJY <br><br> **JOINT MOTION TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT** <br><br> **(THIRD REQUEST)** |

Mel Hutchinson ("Plaintiff") and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage ("Wells Fargo") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby move the Court to extend the time for Wells Fargo to respond to the Complaint to allow the Parties to continue to explore early resolution options.

/ / /

/ / /

/ / /

/ / /

4849-1827-6272

| | |
|---|---|
| 1 | Wells Fargo's current deadline to respond to Plaintiff's Complaint is January 6, 2020. The |
| 2 | Parties agree that Wells Fargo shall have a one-week extension, up to and including January 13, |
| 3 | 2020, in which to file its response to Plaintiff's Complaint |

Respectfully submitted this 6th day of January 2020.

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee
Kelly H. Dove (NV Bar No. 10596)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252
*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage*

KNEPPER & CLARK LLC

/s/ Matthew I. Knepper (used with permission)
Matthew I. Knepper (NV Bar No. 12796)
Miles N. Clark (NV Bar No. 13848)
5510 South Fort Apache Road, Suite 30
Las Vegas, NV 89148-7700
Phone: (702) 856-7430
Fax: (702) 447-8048

David H. Krieger (NV Bar No. 9086)
8985 South Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff Mel Hutchinson*

## **ORDER**

The Court having considered the foregoing joint motion by the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Wells Fargo shall have until January 13, 2020 to respond to Plaintiff's Complaint.

DATED January 7, 2020

UNITED STATES MAGISTRATE JUDGE

4849-1827-6272